WILLIAM P. LOGAN, Respondent, *v.* ALBERT GUGGEN-
HEIM, Appellant.

*Logan* v. *Guggenheim,* 181 App. Div. 914, appeal dismissed.
(Submitted January 6, 1919; decided January 14, 1919.)

MOTION to dismiss an appeal from a judgment entered
January 15, 1918, upon an order of the Appellate Division
of the Supreme Court in the third judicial department,
which reversed an order of the court at a Trial Term,
setting aside a verdict in favor of plaintiff and granting
a new trial and reinstated said verdict.

The motion was made upon the ground that an appeal
did not lie of right to the Court of Appeals and that
permission to appeal had not been obtained.

*Erskine C. Rogers* for motion.

*Daniel W. Blumenthal* opposed.

Motion granted and appeal dismissed, with costs and ten
dollars costs of motion.

---

MICHAEL J. KENNEDY, Appellant, *v.* NATIONAL JEWELERS'
BOARD OF TRADE, Respondent, Impleaded with Others.

*Kennedy* v. *Natl. Jewelers' Bd. of Trade,* 179 App. Div. 948, appeal
dismissed.
(Argued January 6, 1919; decided January 14, 1919.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the third
judicial department, entered July 28, 1917, affirming a
judgment in favor of defendant entered upon a dismissal
of the complaint by the court at a Trial Term.

The motion was made upon the ground that the plain-
tiff was deceased; that the action was one for malicious
prosecution; that a motion to substitute the executor
of the said plaintiff in his stead had been denied and
that said cause of action had abated.

*C. G. Fryer* for motion.

*Robert E. Whalen* opposed.

Motion granted, without costs.